# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139898

JAMES VELTING and KV INVESTMENTS LLC,
      Plaintiffs-Appellants,

v

CASCADE CHARTER TOWNSHIP,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139898
COA: 283638
Kent CC: 99-008930-CZ

      On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

s0125

_____
Clerk